*Reid A. Curtis* and *Albert R. Eberlein* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.

EVA FRIEDMAN, as Executrix of MICHAEL FRIEDMAN, Deceased, et al., Appellants, *v.* ONTARIO HOLDING CORP., Respondent.

Argued May 28, 1952; decided June 6, 1952.

*Leon Malman* for appellants.

*Reuben Tally* and *Charles H. Tally* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.